1   BENJAMIN B. WAGNER
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    LESLIE ALEXANDER (CSBN 256624)
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8927
        Facsimile:  (415) 744-0134
7       E-Mail: Leslie.Alexander@ssa.gov

8   Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                          **SACRAMENTO DIVISION**

12

13   KENNETH WALKER,                    )
                                        )      CIVIL NO. 2:10-CV-02066-GGH
14            Plaintiff,                )
                                        )
15        v.                            )      STIPULATION AND ORDER FOR
                                        )      REMAND PURSUANT TO SENTENCE SIX
16   MICHAEL J. ASTRUE,                 )      OF 42 U.S.C. § 405(g)
     Commissioner of                    )
17   Social Security,                   )
                                        )
18            Defendant.                )
     _____   )

19

20        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

21   record, that this action be remanded to the Commissioner of Social Security for further administrative

22   proceedings pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g),

23   sentence six.

24        The administrative record is incomplete because Exhibit 7F is missing page 2.  Upon remand, the

25   Appeals Council will remand the case to an Administrative Law Judge (ALJ) for further proceedings.

26   The ALJ will take any action necessary to complete the administrative record and issue a new decision.

27   \\\\\

28   \\\\\

Respectfully submitted,

Date: February 24, 2011

*s/ Bess M. Brewer*
(As authorized by email)
BESS M. BREWER
Attorney for Plaintiff

Date: February 24, 2011

BENJAMIN B. WAGNER
United States Attorney

By *s/ Leslie Alexander*
LESLIE ALEXANDER
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

DATED: February 28, 2011

/s/ Gregory G. Hollows

UNITED STATE MAGISTRATE JUDGE